**SWIGART LAW GROUP, APC**
JOSHUA B. SWIGART (SBN 225557)
josh@swigartlawgroup.com
2221 Camino del Rio S, Ste. 308
San Diego, CA 92108
Telephone: (866) 219-3343


**THE BARRY LAW OFFICE, LTD**
Peter F. Barry (MN SBN 266577)
(*Pro Hac Vice*)
pbarry@lawpoint.com
333 Washington Ave No, Suite 300-9038
Minneapolis, MN 55401-1353
Telephone: (612) 379-8800

*Attorneys for Plaintiff*
*DAVID GREENLEY AND THE PUTATIVE*
*CLASS*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated, | CASE NO. 21cv339-WQH-MDD |
| Plaintiffs, | [Judge: Hon. William Q. Hayes] |
| v. | |
| MAYFLOWER TRANSIT, LLC, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| Defendant. | |
| | Date Action Filed: February 25, 2021 |
| | Date: February 7, 2022 |
| | **\*\*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT\*\*** |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT**, pursuant to Fed, R. Civ. P. Rule 23(b)(2) and 23(b)(3) Plaintiff David Greenley, will, and hereby does, move this Court, on **February 7, 2022**, for an order, pursuant to Fed R Civ P 23, Preliminarily approving the Settlement reached in this case and for related relief as specified below. Please take further Notice that there will be no oral argument unless requested by the Court

SPECIFICALLY, PURSUANT TO FED. R. CIV. P. 23, Plaintiff David Greenley moves this Court for an order:

1. Certifying a settlement class and subclass as follows:

**A. The Confidential Communication Class for Violation of Penal Code §632, consisting of;**

All persons in California who booked a move online through the Mayflower Gemini program and whose conversations were recorded without their consent, by Defendant, and or its agents, within the one year prior to the filing of the Complaint.

**B. The Cellular Phone Communication Sub-Class for Violation of Penal Code §632.7, consisting of;**

All persons in California who booked a move online through the Mayflower Gemini program and whose cellular telephone conversations were recorded without their consent, by Defendant, and or its agents, within the one year prior to the filing of the Complaint.

2. Appointment of Plaintiff David Greenley as class representative;

3. Appointment of Joshua B. Swigart of Swigart Law Group, APC and Peter F. Barry of The Barry Law Office, Ltd, as counsel for the class;

4. Preliminarily approving the Settlement of this Class Action;

5. Appointing CPT Group, Inc., as the Claims Administrator;

6. Approval of the Parties' proposed plan to provide Notice to the Class; and

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

7.  Setting a schedule for Final Approval.

THIS MOTION is made upon the following grounds:

1.  The proposed class satisfies the requirements of Fed. R. Civ. P. Rule 23 for conditional certification for settlement purposes;

2.  The proposed settlement is the product non-collusive arm's length negotiations;

3.  The proposed settlement is fundamentally fair, reasonable, and adequate and therefore warrants preliminary approval;

4.  The proposed manner of notice is reasonably calculated to provide adequate notice to the class members and meets the notice requirements of Fed. R. Civ. P. Rule 23.

THIS MOTION will be based on (1) this Notice of Motion, (2) the Memorandum of Points and Authorities, (3) the Declaration of David Greenley, (4) the Declaration of Joshua B. Swigart with attached exhibits, and (4) the Declaration of Peter F. Barry, all filed concurrently herewith and upon all facts and authorities which may be presented to the court in connection with this motion.

Defendant Mayflower Transit, LLC does not oppose this Motion.

Date: December 29, 2021

**SWIGART LAW GROUP, APC**
By:  /s/ Joshua B. Swigart
Joshua B. Swigart

**THE BARRY LAW OFFICE, LTD**

By: /s/Peter F. Barry
Peter F. Barry

Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**