**SWIGART LAW GROUP, APC**
JOSHUA B. SWIGART (SBN 225557)
2221 Camino del Rio S, Ste. 308
San Diego, CA 92108
Telephone: (866) 219-3343

Peter F. Barry (MN SBN 266577)
(*Pro Hac Vice*)
Pbarry@lawpoint.com
**THE BARRY LAW OFFICE, LTD**
333 Washington Ave No, Suite 300-9038
Minneapolis, MN 55401-1353
Telephone: (612) 379-8800

*Attorneys for Plaintiff*
*DAVID GREENLEY AND THE*
*PUTATIVE CLASS*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYFLOWER TRANSIT, LLC,<br><br>Defendant. | CASE NO. 21cv339-WQH-MDD<br><br>[Judge: Hon. William Q. Hayes]<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date Action Filed: February 25, 2021<br>Date: August 4, 2022 at 10:30 a.m.<br>Courtroom: 14B |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT**, pursuant to Fed, R. Civ. P. Rule 23(b)(2) and 23(b)(3) Plaintiff David Greenley, will, and hereby does, move this Court, on August 4, 2022, for an order granting Final Approval of the Settlement reached herein and for related relief as specified in the Motion for (1) attorney fees, (2) reimbursement of litigation expenses; (3) reimbursement of settlement administration fees, and (4)

approval of service award to named class representative Plaintiff David Greenley to be heard concurrently herewith.

This Motion is based on the grounds that (1) a class exists and (2) the "proposed settlement is fundamentally fair, adequate, and reasonable." *Staton v. Boeing, Co.*, 327 F. 3d 938, 952 (9th Cir. 2003).

This motion is made following the conference of counsel that took place on and after October 26, 2021.

This Motion will be based on (1) this Notice of Motion, (2) the Memorandum of Points and Authorities, (3) the Declaration of David Greenley, (4) the Declaration of Joshua B. Swigart, and (4) the Declaration of Peter F. Barry, all filed concurrently herewith and upon all facts and authorities which may be presented to the court in connection with this motion.

Defendant Mayflower Transit, LLC does NOT oppose this Motion.

Please take further Notice that there will be no oral argument unless requested by the court

Date: May 2, 2022

**SWIGART LAW GROUP, APC**
By: _____/s/ Joshua B. Swigart
Joshua B. Swigart

**THE BARRY LAW OFFICE, LTD**

By: __/s/Peter F. Barry_____
Peter F. Barry

Attorneys for Plaintiff